**RECEIVED**

OCT 2 0 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**Mary Louise Garcia**
**Tarrant County Clerk**
100 W. Weatherford Street, Room 250
Fort Worth, Texas 76196-0401

2-15-267-CV

October 07, 2015

Lurea Hornbuckle
PO Box 172012
Arlington TX 76003-2012

RE: 2015-002539-3, Affidavit of Indigence

Dear Mrs. Hornbuckle

I am writing you in regards to your Affidavit Of Indigence that was filed in the Tarrant County Courts at Law on October 07, 2015. An affidavit to proceed in form of paupers was filed in lieu of payment of the filing fees. In order to approve the affidavit of indigence, we require verification of your income. If you receive government assistance such as Social Security Disability, Medicare, Supplementary Security Income benefits, HUD Section 8 rent subsidies, Veteran's benefits or food stamps, etc., please submit documentation to our office immediately upon receipt of this letter no later than Monday, October 12, 2015.

You may send this information to our office either by mail to the above address or you can bring this information into our office. If you have any question or if you need more information feel free to contact me at (817) 884-1440.

Mary Louise Garcia, County Clerk
County Courts at Law
Tarrant County, Texas

Robbie Arbor, Deputy Clerk

# Application for Community Service

The following documents, if they apply, MUST be attached to support the application. **The application will not be considered if proper proof is not supplied nor will you be contacted for further information.**

1. *N/A* Current PAY STUBS or W2 or Income Tax Filings for <u>all persons working</u> in the household; *None*

2. *N/A* Proof of PUBLIC ASSISTANCE received by anyone in the household:
   o Housing; Food Stamps; *None*
   • TANIF; and *None*
   o MEDICAID; — *Medicare - SSI 813.00 mo*

3. *N/A* UNEMPLOYMENT PAYMENTS received by anyone in the household; *None*

4. *N/A* WORKERS' COMPENSATION PAYMENTS received by anyone in the household; *None*

5. (SSI) or SSD AWARD LETTER received by anyone in the household; *Lurea HornBucke 813.00 m.*

6. *N/A* LETTER FROM EMPLOYER INDICATING LAYOFF OR REDUCTION OF HOURS received by anyone in the household; and *None*

7. *N/A* MEDICAL RECORDS of anyone in the household indicating inability to work *None*

   o YOU WILL ONLY BE ALLOWED TO WORK COMMUNITY SERVICE HOURS IF YOU ARE FOUND INDIGENT: "A level of poverty in which real hardship and deprivation are suffered <u>and comforts of life are wholly lacking</u>" Webster's Dictionary.

   o *LH* I understand that providing false information or a fraudulent document to the Judiciary is a Felony and that I might be prosecuted for said false/fraudulent statement;

   o *LH* I understand that the Federal Poverty Guidelines will be used to determine eligibility;

   o *LH* I understand that I will not be found indigent solely because our bills exceed our income; and/or I am a full time student;

   o *LH* I understand that the income of the household will be determined by combining all sources of income, including value of food stamps, housing allowance, SSI/SSD payments; wages of all persons; and any other source of income
   *— ONLy SSI*

**\*\*\* I UNDERSTAND BY SIGNING THIS FORM THAT I AM ENTERING A PLEA OF NO CONTEST TO THE CITATION NUMBER(S) LISTED BELOW: (ONLY THE CITATIONS LISTED WILL BE PROCESSED)**

Citation # *0083100901*

*Judgment ordered By Court Judge*

<u>I swear that the above information is true and correct to the best of my knowledge.</u>

*[signature]*     *3/31/2015*
Defendant's Signature     Date

*4725 Aramis Dr. Arlington TX 76016*
Mailing address (including City & State)
*P.O. Box 172012*
*Arlington, TX 76003-2012*

<u>If you are found to be "not indigent", you MAY NOT re-apply until six months from the date of denial, and only if there has been a substantial change in the household income.</u>

CITY OF ARLINGTON
FILED
Clerk's Initials
MAR 31 2015
MUNICIPAL COURT OF RECORD

8/12



## ARLINGTON™
#### THE AMERICAN DREAM CITY

**DATE:** 5-1-15

Lurea Hornbuckle
P.O. Box 172012
Arlington, TX 76003-2012

**TOTAL AMOUNT DUE:** $184 ⁶⁸

**# OF COMMUNITY SERVICE.
HOURS DUE:** 15

**DUE DATE :** 8-27-15

**RE:** **APPLICATION FOR COMMUNITY SERVICE**

Cause no(s): DO8310002-1

A judge has reviewed your application for community service and has found that you are indigent and eligible to complete community service hours for the above referenced Cause number(s). Community Service must be completed at a Non-Profit or Government agency. You may choose one community service site. Hours completed at multiple locations will not be accepted. Please review attached list for all documentation requirements, as community service hours will not be accepted without all required documentation. All hours must be completed and turned in by the due date to avoid warrants of arrest being issued. Extensions will not be granted by the Community Service Office. Community Service timesheets may be turned in person at 101 S. Mesquite or by mail at:

Tammy Lepak, Community Service Coordinator
Arlington Municipal Court
P.O. Box 90403, MS 63-0200
Arlington, TX 76004-3403

Without getting a judge's permission first, you are not allowed to complete your community service at a religious institution, lodge, private club, business, or other agency since it will only benefit the members of that group.

City of Arlington

Municipal Court – Judge's Office



ARLINGTON

## <u>COMMUNITY SERVICE ORDER</u>

CAUSE NUMBER: 008310002-01

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF ARLINGTON |
| LUREA JONES HORNBUCKLE | § | TARRANT COUNTY, TEXAS |

ON April 29, 2015, appeared the Defendant in the above-styled and numbered cause, who, having been convicted of the offense of **NO SEATBELT OR NOT PROPERLY SECURED - PASSGR 15 AND OVER** and assessed costs and a fine of **$184.68** in this cause which remains unpaid. The Court finds that the Defendant has insufficient resources or income to pay the fine and costs assessed and declares that the Defendant is indigent.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Defendant shall discharge the fine and costs by performing community service as follows:

1. The Defendant shall work a total of **15 hours**;
2. The Defendant's work shall be completed no later than **August 27, 2015**; and,
3. The Defendant shall perform the community service for a (government agency)(non-profit organization).

The Court further finds that working more than 16 hours of community service per week will not work a hardship on the Defendant, and thus, the Defendant shall work no more than **N/A** hours per week in performing the above-ordered community service. Defendant is considered to have discharged $100 of fines or costs for each eight hours of community service completed.

It is further **ORDERED, ADJUDGED AND DECREED** that if the Defendant fails to complete the hours required within the time specified, a warrant of arrest shall issue and the Defendant shall be committed to the custody of the Chief of the Police for the City of Arlington, Texas until said fine and costs are fully paid pursuant to Article 45.048(b), Code of Criminal Procedure.

Dated: <u>the 29th day of April, 2015</u>

SM

_Stewart Milner_

Judge, Municipal Court
City of Arlington
Tarrant County, Texas

# Mary Louise Garcia
**Tarrant County Clerk**
**100 W. Weatherford Street, Room 250**
**Fort Worth, Texas 76196-0401**

October 07, 2015

Lurea Hornbuckle
PO Box 172012
Arlington TX 76003-2012

RE: 2015-002539-3, Affidavit of Indigence

Dear Mrs. Hornbuckle

I am writing you in regards to your Affidavit Of Indigence that was filed in the Tarrant County Courts at Law on October 07, 2015. An affidavit to proceed in form of paupers was filed in lieu of payment of the filing fees. In order to approve the affidavit of indigence, we require verification of your income. If you receive government assistance such as Social Security Disability, Medicare, Supplementary Security Income benefits, HUD Section 8 rent subsidies, Veteran's benefits or food stamps, etc., please submit documentation to our office immediately upon receipt of this letter no later than Monday, October 12, 2015.

You may send this information to our office either by mail to the above address or you can bring this information into our office. If you have any question or if you need more information feel free to contact me at (817) 884-1440.

Mary Louise Garcia, County Clerk
County Courts at Law
Tarrant County, Texas

Robbie Arbor, Deputy Clerk



STATE OF TEXAS
VS
LUREA JONES HORNBUCKLE
CAUSE NO. 008310002-01
October 15, 2015

## ARLINGTON MUNICIPAL COURT

LUREA JONES HORNBUCKLE
P.O. BOX 172012
ARLINGTON, TX 76003-2012

We are in receipt of your remittance. You have until 11/03/15 to comply with the instructions listed below.

☐ Please indicate your plea below:
 ☐ Guilty
 ☐ No contest

☐ Please indicate your option below:
 ☐ Defensive Driving
 ☐ Deferred Disposition

☐ Balance Owed, please submit the following amount. $184.68

☐ The Judge has allowed a payment plan, please submit the following amount to establish your payment agreement: $

☐ Please fill out the enclosed collection application and return to the court.

☐ Your case will be dismissed upon payment of $

☐ Please submit your driving record to the court. (If you have not already submitted your request form to DPS an application has been enclosed for your convenience)

☐ Please submit your Driving School Certificate.

☐ Please submit your proof of financial responsibility (liability insurance coverage).

☐ Please submit the following administrative fee of $

☐ Please submit a copy of your Driver's License.

☐ Your request to receive credit for time served in jail has been:
 ☐ Granted
 ☐ Denied
 ☐ Other_____

☒ The Judge has indicated the following with reference to your case(s):
 ☐ Dismissal
 ☐ Extension until _____
 ☐ Citation remains in warrant status.
 ☒ Other: **The Judge will allow you to start a payment plan with $55 down and $10 per month. Payment plan must be started no later than 11/03/15 and must be done in person at the Arlington Municipal Court, 101 S. Mesquite, Arlington. A required time payment fee of $25 is added once the payment plan is started.**
 ☐ Request for reset has been denied

☐ Your case is currently in warrant status. Any partial payment made by mail will be applied to your case, but additional warrants for your arrest may be issued if you do not immediately pay the balance listed above.

Failure to comply with any of the above requirements may result in the issuance of a warrant for your arrest.

Defendant's email

TMS